```
                                       United States Bankruptcy Court
                                          Northern District of Ohio
In re:                                                              Case No. 14-16960-pmc
Jacqueline Bryant                                                   Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0647-1          User: admin                  Page 1 of 2                  Date Rcvd: Feb 24, 2015
                              Form ID: 177a                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2015.
db             +Jacqueline Bryant,    21406 Kenyon Drive,    Maple Heights, OH 44137-2455
aty             Dettelbach, Sicherman & Baumgart,    1801 E. Ninth Street, Ste. 1100,
                 Cleveland, OH 44114-3169
23356529       +Bedford Chiropractic, Inc.,    690 Broadway Avenue,    Bedford, OH 44146-3642
23356530       +Bedford Municipal Court,    165 Center Road,   Bedford, OH 44146-2898
23356531        C. Scott Casterline,    Carlisle, McNellie, Rini, Kramer &,    24755 Chagrin Blvd, Suite 200,
                 Beachwood, OH 44122-5690
23356533       +Cuyahoga County Court of Common Ple,    1200 Ontario Street,    Cleveland, OH 44113-1610
23356537      ++REGIONAL INCOME TAX AGENCY,    PO BOX 470537,   ATTENTION LEGAL DEPARTMENT,
                 BROADVIEW HEIGHTS OH 44147-0537
                (address filed with court: Regional Income Tax Agency,      P.O. Box 477900,
                 Broadview Heights, OH 44147)
23407522       +RITA,   ATTN: LEGAL DEPT.,    PO BOX 470537,   BROADVIEW HEIGHTS, OH 44147-0537
23356536       +Real Time Resolutions,    1525 S. Beltline,   Coppell, TX 75019-4913
23368515      #+SFG Finance,   700 W. Arkansas, Ste. 150,    Arlington, TX 76013-7645
23356538       +Southside Financial Group,    1600 E. Pioneer Pkwy #300,    Arlington, TX 76010-6562
23356539       +Verizon Wireless,    500 Technology Drive, STE 550,   Weldon Spring, MO 63304-2225
23356540       +Webbank/Fingerhut,    6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
23372808        Woods Cove II, LLC,    File 1411,   1801 W. Olympic Blvd.,    Pasadena, CA 91199-1411
23356542       +Woods Cove II, LLC,    P.O. Box 7055,   Beverly Hills, CA 90212-7055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: QSDAVIS.COM Feb 24 2015 22:13:00       Steven Davis,   1370 Ontario St,    Standard Bldg,
                 Suite #450,   Cleveland, OH 44113-1744
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Feb 24 2015 22:16:07        Cynthia J. Thayer,
                 US Department of Justice,   201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
cr              EDI: JEFFERSONCAP.COM Feb 24 2015 22:13:00       Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud, MN 56302-9617
23446358        EDI: AIS.COM Feb 24 2015 22:13:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK 73124-8838
23472292        EDI: AIS.COM Feb 24 2015 22:13:00      American InfoSource LP as agent for,
                 Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK 73126-8941
23356532       +EDI: CMIGROUP.COM Feb 24 2015 22:13:00       Credit Management, LP,    4200 International Parkway,
                 Carrollton, TX 75007-1912
23356534       +E-mail/Text: TRBANKRUPTCY@CUYAHOGACOUNTY.US Feb 24 2015 22:17:14        Cuyahoga County Treasurer,
                 P.O. Box 94547,   Cleveland, OH 44101-4547
23395331       +EDI: JEFFERSONCAP.COM Feb 24 2015 22:13:00       First Premier Bank,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,    Saint Cloud Mn 56302-7999
23356535       +EDI: AMINFOFP.COM Feb 24 2015 22:13:00       First Premier Bank,    3820 N. Louise Avenue,
                 Sioux Falls, SD 57107-0145
23370484        E-mail/Text: ebn@vativrecovery.com Feb 24 2015 22:15:53        Palisades Acquisition XVI,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Acquisition XVI,
                 P.O. Box 40728,   Houston, TX 77240-0728
23404816        EDI: Q3G.COM Feb 24 2015 22:13:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
23404697        EDI: Q3G.COM Feb 24 2015 22:13:00      Quantum3 Group LLC as agent for,    CP Medical LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
23424813       +E-mail/Text: bkdepartment@rtresolutions.com Feb 24 2015 22:16:51        Real Time Resolutions,
                 Real Time Resolutions, Inc.,   1349 Empire Central Ste. 150,     Dallas, TX 75247-4029
23430924       +Fax: 866-311-5818 Feb 24 2015 22:26:12       Systems & Services Technologies, Inc,
                 4315 Pickett Road,   St. Joseph, MO 64503-1600
23364679       +EDI: ATTWIREBK.COM Feb 24 2015 22:13:00       The Ohio Bell Telephone Company,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
23356540       +EDI: BLUESTEM.COM Feb 24 2015 22:13:00       Webbank/Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
23356541       +E-mail/Text: ebankruptcy@woodforest.com Feb 24 2015 22:16:58        Woodforest Bank,
                 P.O. Box 7889,   The Woodlands, TX 77387-7889
                                                                                                TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              White Coast Trust
cr              Woods Cove II, LLC
aty*            Steven Davis,   1370 Ontario Street,   Standard Bldg, Suite #450,     Cleveland, OH 44113-1744
cr*            +Systems & Services Technologies, Inc,    4315 Pickett Road,    St. Joseph, MO 64503-1600
                                                                                                TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2015 at the address(es) listed below:

```
          Amy M Blythe    on behalf of Creditor    White Coast Trust bankruptcy@carlisle-law.com,
           bankruptcy@carlisle-law.com
          Amy M Blythe    on behalf of Creditor    Woods Cove II, LLC bankruptcy@carlisle-law.com,
           bankruptcy@carlisle-law.com
          Amy M. Blythe    on behalf of Creditor    White Coast Trust bankruptcy@carlisle-law.com
          Amy M. Blythe    on behalf of Defendant    Woods Cove II, LLC bankruptcy@carlisle-law.com
          Amy M. Blythe    on behalf of Creditor    Woods Cove II, LLC bankruptcy@carlisle-law.com
          Jamie M. Nagle    on behalf of Debtor Jacqueline   Bryant bk_department@amourgis.com,
           jamien@amourgis.com;taliagahanian@gmail.com
          Robert D Barr    on behalf of Trustee Steven   Davis rbarr@dsb-law.com,    rbarr@dsb-law.com
          Robert D Barr    on behalf of Plaintiff Steven S. Davis rbarr@dsb-law.com,    rbarr@dsb-law.com
          Steven   Davis    on behalf of Trustee Steven   Davis sdavis@daviscolpa.com,
           sdavis@ecf.epiqsystems.com
          Steven   Davis     sdavis@daviscolpa.com,    sdavis@ecf.epiqsystems.com
          Y. Eric Holtz    on behalf of Debtor Jacqueline   Bryant yeholtz@amourgis.com,
           bk_department@amourgis.com;taliagahanian@gmail.com
                                                                                             TOTAL: 11
```

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 14−16960−pmc**

**In re: (Name of Debtor)**
Jacqueline Bryant
21406 Kenyon Drive
Maple Heights, OH 44137

**Social Security No.:**
xxx−xx−8455

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

Last date to file claims: **June 3, 2015**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** February 24, 2015                                                                           For the Court
Form ohnb177                                                                                            Kenneth J. Hirz, Clerk